Craig E. Simmons, SBN# 160927
985 So. Orange Grove Blvd., #101
Pasadena, CA 91105
(626) 616-1642
Individually, Pro se

FILED
2011 DEC 12 PM 3:53
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____
Fee Paid

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV11-10259-DMG(PJWx)

| | |
|---|---|
| Craig E. Simmons, | ) CASE NO.: _____ |
| Plaintiff, | ) |
| v | ) |
| SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN, an ERISA plan; SCREEN ACTORS GUILD PENSION PLAN, an ERISA Plan; DOES 1 through 100, | ) ) ) ) ) |
| Defendants. | ) ) |

---

COMES NOW PLAINTIFF Craig E. Simmons and for cause of action against all defendants, allege as follows:

1. This Court has subject matter jurisdiction of this dispute without regard to the citizenship of the parties, pursuant to 29 U.S.C. 1132(a)(1)(B) and (e)(1).

2. Plaintiff is informed and believes, and based upon such information and belief alleges, that Defendants Screen Actors guild-Producers Health Plan and Screen Actors Guild-Producers Pension Plan (hereinafter "Plans") are ERISA plans under which the Plaintiff is entitled to group health insurance. Said health insurance was provided to Plaintiff as an executive employee of the Plans, and pursuant to the Plans' Summary Plan Description (hereinafter "SPD"), and the Plans' eligibility rules.

DEC 1 2 2011

3. Plaintiff is resident of the County of Los Angeles, State of California.

4. Plaintiff is unaware of the true names and capacities of defendants named herein as DOES 1 through 100 and has therefore named such defendants by such fictitious names. Plaintiff will ask for leave of court to amend the complaint to state the names and capacities of the DOW defendants when the same are ascertained.

5. Plaintiff is informed and believes, and based on such information and belief alleges, that each of the defendants were acting as the agent and employee of each of the remaining defendants with regard to all actions described herein and all benefits due Plaintiff and all damages caused to Plaintiff.

6. Plaintiff was working as a human resources executive until the time he was summarily terminated by defendants on March 25, 2011. Plaintiff was eligible for health insurance coverage by virtue of his employment with defendant. Upon his termination on March 25, 2011, Plaintiff was afforded 60 days of additional health insurance coverage as a "run-out" period as a terminated employee. The period of health insurance coverage ended on May 30, 2011.

7. As an executive staff employee, Plaintiff was also eligible to participate, and did participate, in deferring salary from his earnings which were placed in an executive deferral investment program, under section 457 of the I.R.S. code. At the time of his termination from the Plans, Plaintiff had approximately $32,248 in deferred compensation in the company-sponsored 457 plan.

8. On or about April 27, 2011, defendants, who had full control and knowledge of the Plans' 457 plan, caused all of Plaintiff's 457 funds to be depleted from the Plans' 457 account and issued a check to be sent to Plaintiff. Defendants removed applicable Federal and State taxes from the proceeds of the 457 plan and mailed the remainder of the earned income funds to the Plaintiff. Such funds were considered calculable wages under the Plans' SPD and eligibility rules.

9. At all times, the 457 Plan assets were considered "taxable income" and "wages" to the Plaintiff. As a result, Plaintiff received approximately $32,248 in additional earnings and wages approximately 30 days after his termination date. Plaintiff was not considered an employee when he received the taxable income wages from the plans. Under the Plan's eligibility rules, an

individual does not have to be "employed" by defendants, but rather must "earn" eligible wages under the Plan's eligibility rules in order to receive the health coverage benefit. Plaintiff earned eligible wages in April 2011.

10. Defendants eligibility rules state that in order to receive health care coverage, an individual must earn, in 2011, over $31,649 in taxable wages from defendants in order to receive a year of earned health insurance coverage. Plaintiff earned more than $31,649 from defendant in April 2011 and the earnings should be considered as sufficient for eligibility. Defendants knowingly denied plaintiff's health care eligibility as a punitive response to his termination from the Plans' employment.

11. As a result of the approximately $32,248 of taxable earnings and wages from the Plans, Plaintiff was eligible for an additional period of health insurance coverage, based on the plan rules outlined in the SPD and the Plans' eligibility rules . Defendants arbitrarily, and in bad faith, refused to provide Plaintiff with the Plan's health benefits.

12. Plaintiff applied for the health benefits, was denied the benefits, and timely appealed the denial of benefits.  Said appeal was formally decided by the defendants adversely to the Plaintiff and communicated to the Plaintiff on September 12, 2011. As a result of this action, Plaintiff is left with no other choice but to file this lawsuit at the present time, pursuant to applicable ERISA regulations.

13. Plaintiff has been denied the benefits that are due him under the Plan and has suffered, and continues to suffer, economic loss as a result thereof. Plaintiff has had to pay approximately $250 per month in health insurance premium over what he would have had to pay had the defendants awarded him his health insurance that the Plan provides for him.  He is entitled to recover the difference per month between the health insurance premium amount that he paid over what he would have paid had his claim been honored by the defendants, as well as an award of interest on that amount.

14. Plaintiff may be required to hire counsel to represent his interests in this matter and to recover benefits due under the Plan. Plaintiff may incur attorneys fees. The exact amount is


unknown to plaintiff and he seeks leave to amend this complaint when the same has been ascertained or at the time of trial according to proof.

WHEREFORE, Plaintiff prays judgment against defendants and each of them as follows:

1. For all health insurance benefits due him in the past and in the future under the Plans, plus interest on the money he has had to pay out for health insurance to replace the Plan's coverage;
2. For reasonable attorneys fees;
3. For costs of suit;
4. For such other and further relief as this court may deem just and proper.

DATED: December 12, 2011

Respectfully submitted,

By: _____

CRAIG E. SIMMONS
Individually, pro se
985 So. Orange Grove Blvd., #101
Pasadena, CA  91105
Ph: (626) 616-1642
Fx: (626) 403-3355

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV11- 10259 DMG (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Craig E. Simmons
985 So. Orange Grove Blvd, #101
Pasadena, CA 91105

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Craig E. Simmons

PLAINTIFF(S)

v.

Screen Actors Guild-Producers Health Plan, AN ERISA PLAN,
Screen Actors Guild-Producers Pension Plan, AN ERISA PLAN,
and Does 1 through 100

DEFENDANT(S).

CASE NUMBER

CV11-10259-DMG(PJWx)

SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Craig E. Simmons , whose address is 985 So. Orange Grove Blvd. #101, Pasadena, CA 91105 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: DEC 12 2011

By: ANDRES PEDRO
Deputy Clerk

(Seal of the Court)

1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                          SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Craig E. Simmons
985 So. Orange grove Blvd., #101
Pasadena, CA 91105

**DEFENDANTS**
Screen Actors Guild -Producers Health Plan and
Screen Actors Guild-Producers Pension Plan
3601 W. Olive Avenue, Burbank, CA 91505 and DOES 1-100

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**Attorneys (If Known)**
Mark H. Hess, Esq.
Fox Rothschild
1800 Century Plaza East, Suite 300, LA, CA 90067-1506

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Failure to provide health benefits

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 442 Employment | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:** Case Number: CV11-10259-DMG(PJWx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date December 12, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |